■ HARTFORD ACCIDENT & INDEMNITY COMPANY, Appellant, v MARIE RUSSO, Respondent.—In a proceeding to stay arbitration, petitioner appeals

from an order of the Supreme Court, Kings County, dated March 24, 1976, which, *inter alia,* denied the application. Order reversed, without costs or disbursements, and proceeding remitted to Special Term for a hearing in accordance herewith. Under the terms of the policy in question, contact with the hit-and-run vehicle is a condition precedent to arbitration. Under the conflicting proof presented, the issue of whether there was contact should be decided at a hearing, at which all of the relevant facts may be presented. Latham, Acting P. J., Damiani, Hawkins and O'Connor, JJ., concur.